# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Network Documentation & Implementation, Inc. | ) ASBCA No. 61624 |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCE FOR THE APPELLANT:                Stephen J. Stine, Esq.
                                                                    The Stine Law Firm, PLLC
                                                                    Fairfax, VA

APPEARANCES FOR THE GOVERNMENT:        William E. Brazis, Jr., Esq.
                                                                    DISA General Counsel
                                                                 Travis L. Vaughan, Esq.
                                                                    Trial Attorney
                                                                    Defense Information Systems Agency
                                                                    Fort Meade, MD

## ORDER OF DISMISSAL

The Board docketed this appeal on May 8, 2018. By email dated June 15, 2018, prior to filing its complaint, appellant filed a notice of voluntary dismissal of this appeal without prejudice. The government does not object. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.,* ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated:  June 20, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61624, Appeal of Network Documentation & Implementation, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
